*E-Filed  8/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN ENG, | No. C 10-01776 RS |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| CARTER HARGRAVE, | |
| Defendants. | |

A case management conference was scheduled for August 5, 2010 at 10:00 a.m.  Neither the plaintiff nor the defendant appeared.  By October 7, 2010, the plaintiff shall either move for entry of default or attend a Show Cause Hearing on October 14, 2010  at 1:30 p.m. in Courtroom 3 on the 17th Floor of the Unites States Courthouse, 450 Golden Gate Avenue, San Francisco, California to explain why this case should not be dismissed for failure to prosecute.  Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415/782.9000  x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help but not legal representation.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  8/5/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-01776 RS
ORDER TO SHOW CAUSE