*E-Filed 10/12/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARTIN ENG

    Plaintiff,

v.

CARTER HARGRAVE; HARGRAVE ARTS LLC; and JEET KUNE DO FEDERATION

    Defendants.

No. C 10-01776 RS

**ORDER REQURING APPEARANCE AT CASE MANAGEMENT CONFERENCE, REQUIRING RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND DENYING MOTION FOR SACTIONS**

On June 28, 2011, the Court issued its Order dismissing pro se plaintiff Martin Eng's first amended complaint for failure to state a claim. In accord with the briefing schedule set forth in that Order, Eng filed a second amended complaint (SAC) on July 27, 2011. The Order instructed pro se defendant Carter Hargrave that if Eng submitted a SAC, he must file an answer or a motion to dismiss. Hargrave has done neither, but instead submitted a document entitled "motion for Rule 11 sanctions."

Although Hargrave may have intended his submission to serve as a motion to dismiss, it is deficient for the following reasons. First, the fact that the parties are involved in another suit in the Northern District of Oklahoma does not mandate automatic dismissal of this action, as Hargrave appears to assume. Second, the prior Order expressly denied Hargrave's request to dismiss the case on the grounds that service of the summons was untimely, as the Court had granted Eng additional

time for service pursuant to Federal Rule of Civil Procedure 4(m).  Finally, Hargrave's submission seeks dismissal of the suit and sanctions based on his contention that Eng's allegations are false.  A motion pursuant to Rule 11 is not the proper vehicle for contesting the factual allegations in the SAC.  Accordingly, Hargrave's request to dismiss this case and impose sanctions is denied.

As Hargrave may have intended his filing to serve as a response to the prior Order, the Court grants him, in this one instance, additional time to respond to Eng's SAC.  Within thirty days of the date of this Order, Hargrave must answer the SAC or file a motion pursuant to Federal Rule of Civil Procedure 12(b).  His motion must be filed with the Court and served on Eng by mail and must comply with the Court's Civil Local Rule 7-2.

Even though both parties are representing themselves, they remain still responsible for complying with this Court's Orders and with following the Northern District of California's Local Rules.  As previously noted, the parties may seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415/782-9000 x8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help Center, either party may speak with an attorney who may be able to provide basic legal help but not legal representation.  Additionally, the parties may wish to consult the Court's "Handbook for Litigants Without a Lawyer," available from the Clerk's Office or on the Court's website at http://www.cand.uscourts.gov/prosehandbk.  This District's Local Rules also may be found on the Court's website at http://www.cand.uscourts.gov/localrules.

Finally, the parties must appear at the Case Management Conference on **October 20, 2011 at 9:30 a.m.**  As Hargrave resides out-of-state, both parties are to participate by telephone.  On receipt of this Order, each party must contact the Courtroom Deputy at 415/522-2123 to arrange to call the Court for the Conference.

IT IS SO ORDERED.

Dated: 10/12/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-01776 RS
ORDER REQUIRING APPEARANCE TO CASE MANAGEMENT CONFERENCE
2

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Martin Eng**
820 Green Street
San Francisco, CA 94133

**Carter Hargrave**
1037 E. 34th Street
Tulsa, OK 74105

DATED:  10/12/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg