**\*E-Filed 11/22/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN ENG | No. C 10-01776 RS |
| Plaintiff, | |
| v. | **ORDER NOTICING HEARING** |
| CARTER HARGRAVE; HARGRAVE ARTS LLC; and JEET KUNE DO FEDERATION | |
| Defendants. | |

On November 16, 2011, defendant Carter Hargrave filed a motion to dismiss without properly noticing the motion, as required by Civil Local Rule 7-2 (Notice and Supporting Papers). Because plaintiff is appearing *pro se* in this matter, the pending motion will be considered, despite the procedurally defective notice. Plaintiff is advised, however, that regardless of his *pro se* status, all future filings <u>must</u> comply with the Local Rules. Consistent with Local Rule 7-2, the parties are directed to appear for a hearing on the motion to dismiss on at **1:30 p.m. on December 29, 2011**, in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco. Any further filings on the motion to dismiss must, of course, comply with the timing requirements set forth in Local Rule 7-2.

IT IS SO ORDERED.

Dated: 11/22/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Martin Eng**
820 Green Street
San Francisco, CA 94133

**Carter Hargrave**
1037 E. 34th Street
Tulsa, OK 74105

DATED:  11/22/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg